FILED & JUDGMENT ENTERED
Steven T. Salata

November 8 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE:<br><br>THURMAN VASSEY TRUCKING, INC.,<br><br>Debtor | Case No. 18-40013<br>Chapter 11 |
| THURMAN VASSEY TRUCKING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EAST COAST TRAILER & EQUIPMENT CO., INC.,<br><br>Defendant. | Adversary Proceeding<br>Case No. 18-04008 |

**ORDER APPROVING THE STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S ADVERSARY COMPLAINT**

This adversary proceeding comes before the Court on the stipulation of the parties to extend the deadline for Defendant East Coast Trailer & Equipment Co., Inc. to answer, move, or otherwise respond to the Adversary Complaint of Plaintiff Thurman Vassey Trucking, Inc.

953340 v.1 – 05102.0101

1

The Court deems the extension of such deadline appropriate, and accordingly:

**IT IS HEREBY ORDERED:**

The stipulation to extend time for Defendant East Coast Trailer & Equipment Co., Inc. to answer, move, or otherwise respond to Plaintiff's Adversary Complaint until December 10, 2018 is APPROVED.

United States Bankruptcy Court

This Order has been signed electronically.  The judge's
signature and court's seal appear at the top of the Order.

953340 v.1 – 05102.0101